# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

October 24, 2025

Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

So ordered

*Joseph A. Marutollo*

Joseph A. Marutollo, U.S.M.J.

**Re:** <u>United States v. Michael Renzulli</u>
    25-314 (RER)

Dear Judge Marutollo:

    I was appointed pursuant to the Criminal Justice Act to represent Michael Renzulli in the above-referenced matter. Mr. Renzulli appeared before Your Honor yesterday for arraignment and was released on conditions. One of those conditions was a $100,000 bond to be co-signed by two suretors.

    Mr. Renzulli's mother appeared before the Court yesterday and signed the bond. The Court granted Mr. Renzulli until the close of business today (Friday) to have the *second* suretor sign. However, for the reasons set forth below, the defense respectfully requests that the deadline be extended to <u>Monday, October 27, 2025</u>.[1]

    The defense anticipates that the second suretor will be Mr. Renzulli's cousin who is a nurse at St. Catherine's Hospital in Smithtown, New York. However, said cousin is currently on vacation in Florida. The cousin has indicated her willingness to return to New York to sign the bond, but she will be unable to do so before the close of business today.

    Accordingly, and with the consent of AUSA Michael W. Gibaldi, the defense respectfully requests that the Court extend the deadline for the second suretor to sign the bond to <u>October 27, 2025</u>.[2]

    Thank you.

---

[1] As required by the Court, Mr. Renzulli surrendered his passport to Pretrial Services in Islip earlier this morning.

[2] The defense anticipates that the bond will be signed at the United States Courthouse in Islip, NY.

Respectfully Submitted,

/s/ ***Matthew J. Kluger***
Matthew J. Kluger, Esq.
*Attorney for Michael Renzulli*

cc: AUSA Michael W. Gibaldi
      AUSA Irisa Chen
      AUSA Sean M. Sherman